IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

JONATHAN LEDERMAN,  CASE NO.: 3:24-cv-491

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF REMOVAL

COMES NOW, the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "Defendant"), by and through undersigned counsel and pursuant to applicable law, including but not limited to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, hereby files its Notice of Removal from the Fourth Judicial Circuit in and for Duval County, Florida, to the United States District Court, Middle District of Florida, Jacksonville Division, and in support thereof states the following:

### GENERAL BACKGROUND

1. This is a petition for removal of a state court civil action filed by JONATHAN LEDERMAN (hereinafter "Plaintiff") in the Fourth Judicial Circuit in and for Duval County, Florida (hereinafter "State Court Action").

2. On April 10, 2024, Plaintiff filed his Complaint against Defendant, alleging an uninsured/underinsured motorist claim against Defendant for an alleged motor vehicle accident that occurred on or about January 11, 2024. *Id.*

3. This Honorable Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because Plaintiff is a resident of Duval County, Florida and

Defendant State Farm Mutual Automobile Insurance Company was and is an insurance company organized, headquartered, and incorporated in the State of Illinois. Thus, State Farm is a citizen of Illinois for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

4. Furthermore, this matter may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interests and costs. The damages sought by Plaintiff exceed $75,000, exclusive of interest and costs.

5. Venue is proper in this Court because the State Court Action is pending in the Fourth Judicial Circuit in and for Duval County, Florida.

6. On April 16, 2024, a Notice of Service of Process of the summons, complaint, and discovery was filed, which stated the following:

    NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Monday, April 15, 2024 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, April 16, 2024 to the designated agent for the named entity as shown below.

    STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
    LYNETTE COLEMAN
    1201 HAYS STREET
    TALLAHASSEE, FL 32301

    *See* Notice of Service of Process.

7. Defendant filed a Motion for Extension of Time to Respond to the Complaint on May 10, 2024.

8. Copies of all pleadings, process, and orders filed in the State Court Action and served on the Defendant are attached as "Composite Exhibit A" and are incorporated herein by reference. *See* Composite Exhibit A.

2

9. Written notice of the filing of this Notice of Removal will be provided to the Plaintiff, and a copy of this Notice of Removal will be filed in the State Court Action pursuant to 28 U.S.C. § 1446(d).

10. Removal of this action is therefore appropriate pursuant to 28 U.S.C. § 1441.

11. Defendant respectfully requests that this Honorable Court exercise jurisdiction over this action and grant such further relief as may be necessary to secure removal of this State Court Action.

## **CONCLUSION**

In light of the foregoing, Defendant respectfully submits that the removal of the State Court Action to the Middle District of Florida is proper.

**[Certificate of Service Located on the Following Page]**

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a copy of the foregoing has been furnished by electronic mail through the Florida Courts e-Filing Portal to all counsel of record, and that we have electronically filed the foregoing with the Clerk of Court by using the Florida Courts e-filing Portal, on this 15th day of May, 2024.

        **SIOLI ALEXANDER PINO**
        Attorneys for Defendant
        9155 S. Dadeland Blvd.
        Suite 1600
        Miami, Florida 33156
        305.428.2470 – Office
        305.428.2471– Facsimile

    By: */S/ Sahar Rodriguez*
        **SAHAR RODRIGUEZ, ESQ.**
        Florida Bar No.: 84597
        E-mail: srodriguez@siolilaw.com
        **FREDERIC SCHAEFER JR, ESQ.**
        Florida bar No: 1049352
        Email: fschaefer@siolilaw.com